UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDANTI SYSTEMS LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAX SOUND CORPORATION,<br><br>　　　　Defendant. | Case No. 16-cv-02179-EMC<br><br>**ORDER VACATING HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Docket No. 34 |

Plaintiff has filed a complaint for declaratory and injunctive relief against Defendant. In essence, Plaintiff seeks equitable relief so that it does not have to participate in an arbitration initiated by Defendant.

Plaintiff moved for a preliminary injunction so that it would not have to participate in the arbitration pending a resolution of this action on the merits. On June 10, 2016, the Court granted Plaintiff's motion. *See* Docket No. 27 (order). Subsequently, the Clerk of the Court entered Defendant's default. *See* Docket No. 32 (notice). Plaintiff then filed its motion for default judgment. Before Defendant's opposition to that motion was due, Defendant filed a motion to set aside the default. *See* Docket No. 38 (motion).

In light of the above circumstances, the Court hereby orders as follows.

1.　Plaintiff's motion for default judgment is deferred so that the Court may first address Defendant's motion to set aside the default.

///

///

///

///

2. The hearing on Plaintiff's motion for default judgment, as well as the briefing schedule, is temporarily **VACATED**.

**IT IS SO ORDERED**.

Dated: June 27, 2016

_____
EDWARD M. CHEN
United States District Judge