Beko O. Reblitz-Richardson (SBN 238027)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Fax: (510) 874-1460
Email: brichardson@bsfllp.com

D. Michael Underhill (admitted *pro hac vice*)
William C. Jackson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Fax: (202) 237-6131
Email: munderhill@bsfllp.com
Email: wjackson@bsfllp.com

David A. Barrett (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dbarrett@bsfllp.com

*Attorneys for Plaintiff Vedanti Systems Limited*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VEDANTI SYSTEMS LIMITED,<br><br>   Plaintiff,<br><br>v.<br><br>MAX SOUND CORPORATION,<br><br>   Defendant. | Case No. 3:16-cv-02179-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE FOR DEFAULT MOTION, DISQUALIFICATION MOTION AND CASE MANAGEMENT CONFERENCE AND HEARING DATE**<br><br>Judge: Edward M. Chen<br>Courtroom 5, 17th Floor |

STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE FOR
DEFAULT MOTION, DISQUALIFICATION MOTION AND CASE MANAGEMENT
CONFERENCE AND HEARING DATE

## **STIPULATION**

WHEREAS, Plaintiff currently must file its opposition to Defendant's motion to set aside default by July 19, 2016, and Defendant must file a reply to any such opposition by July 28, 2016;

WHEREAS, Plaintiff currently must file any motion to disqualify Buether Joe & Carpenter, LLC on or before July 22, 2016, Defendant must file any opposition by August 9, 2016, and Plaintiff must file any reply by August 18, 2016;

WHEREAS, the parties currently must file a Joint Case Management Statement on August 25, 2016, and the Court has scheduled a Case Management Conference, hearing on the motion to set aside default, and hearing on the motion to disqualify Buether Joe & Carpenter, LLC on September 1, 2016;

WHEREAS, based on the parties' stipulation, the Court previously modified the briefing schedule for the motion to set aside default (ECF No. 49), the motion to disqualify (ECF No. 50), and the Joint Case Management Statement and hearing date (ECF No. 50);

WHEREAS, the parties are engaged in discussions that may make further briefing on the default motion and motion to disqualify unnecessary or narrow the scope of the disputed issues;

WHEREAS, the parties wish to have some additional time to continue those discussions before submitting any further briefing;

WHEREAS, the requested time modifications would not affect any other dates that have been scheduled by the Court in this case;

THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the parties through their respective attorneys stipulate as follows:

1. Plaintiff shall file any opposition to Defendant's motion to set aside default by September 13, 2016;

2. Defendant shall file any reply by September 22, 2016;

3. Plaintiff shall file its motion to disqualify Buether Joe & Carpenter, LLC on or before September 16, 2016;

1

STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE FOR DEFAULT MOTION, DISQUALIFICATION MOTION AND CASE MANAGEMENT CONFERENCE AND HEARING DATE

4. Defendant shall file any opposition to Plaintiff's motion to disqualify Buether Joe & Carpenter, LLC on or before October 4, 2016;

5. Plaintiff shall file any reply in support of Plaintiff's motion to disqualify Buether Joe & Carpenter, LLC by October 13, 2016;

6. The parties shall file a Joint Case Management Statement on October 20, 2016;

7. The Case Management Conference, hearing on the motion to set aside, and hearing on the motion to disqualify Buether Joe & Carpenter, LLC shall take place on October 27, 2016.

Dated: July 19, 2016                    Respectfully submitted,

BOIES SCHILLER & FLEXNER LLP


By: */s/ Beko O. Reblitz-Richardson*
Beko O. Reblitz-Richardson (SBN 238027)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Fax: (510) 874-1460
Email: brichardson@bsfllp.com

D. Michael Underhill (admitted *pro hac vice*)
William C. Jackson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Fax: (202) 237-6131
Email: munderhill@bsfllp.com
Email: wjackson@bsfllp.com

David A. Barrett (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dbarrett@bsfllp.com

*Attorneys for Plaintiff Vedanti Systems Limited*


Dated: July 19, 2016                    By: */s/ Alfredo A. Bismonte*
Alfredo A. Bismonte (SBN 136154)

2

STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE FOR
DEFAULT MOTION, DISQUALIFICATION MOTION AND CASE MANAGEMENT
CONFERENCE AND HEARING DATE

Jeremy M. Duggan (SBN 229854)
BECK, BISMONTE & FINLEY, LLP
150 Almaden Blvd, 10th Floor
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: abismonte@beckllp.com
Email: jduggan@beckllp.com

Brian A. Carpenter (SBN 262349)
Eric W. Buether (*pro hac vice*)
Chris Joe (*pro hac vice*)
BUETHER JOE & CARPENTER, LLC
1700 Pacific – Suite 4750
Dallas, TX 75201
Tel: (214) 466-1270
Fax: (214) 635-1842
Email: Brian.Carpenter@bjciplaw.com
Email: Eric.Buether@bjciplaw.com
Email: Chris.Joe@bjciplaw.com

*Attorneys for Defendant Max Sound Corporation*

### ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Alfredo A. Bismonte, attorney for Defendant.

By: /s/ *Beko O. Reblitz-Richardson*
Beko O. Reblitz-Richardson (CA Bar No. 238027)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: brichardson@bsfllp.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/21/16

IT IS SO ORDERED
Judge Edward M. Chen

Hon. E[dward M. Chen]
United S[tates District Judge]

3
STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE FOR
DEFAULT MOTION, DISQUALIFICATION MOTION AND CASE MANAGEMENT
CONFERENCE AND HEARING DATE