1   Beko O. Reblitz-Richardson (SBN 238027)
BOIES, SCHILLER & FLEXNER LLP
2   1999 Harrison St., Suite 900
Oakland, CA 94612
3   Telephone: (510) 874-1000
Fax: (510) 874-1460
4   Email: brichardson@bsfllp.com

5   D. Michael Underhill (admitted *pro hac vice*)
William C. Jackson (admitted *pro hac vice*)
6   BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
7   Washington, DC 20015
Telephone: (202) 237-2727
8   Fax: (202) 237-6131
Email: munderhill@bsfllp.com
9   Email: wjackson@bsfllp.com

10   David A. Barrett (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
11   575 Lexington Ave.
New York, NY 10022
12   Telephone: (212) 446-2300
Fax: (212) 446-2350
13   Email: dbarrett@bsfllp.com

14   *Attorneys for Plaintiff Vedanti Systems Limited*

15   **UNITED STATES DISTRICT COURT**

16   **NORTHERN DISTRICT OF CALIFORNIA**

17   **SAN FRANCISCO DIVISION**

18   VEDANTI SYSTEMS LIMITED,                    Case No. 3:16-cv-02179-EMC

19          Plaintiff,                          **STIPULATION AND [~~PROPOSED~~] ORDER
                                                CHANGING BRIEFING SCHEDULE FOR**
20    v.                                        **DEFAULT MOTION, DISQUALIFICATION
                                                MOTION AND CASE MANAGEMENT**
21   MAX SOUND CORPORATION,                     **CONFERENCE AND HEARING DATE**

22          Defendant.                          Judge:  Edward M. Chen
                                                Courtroom 5, 17th Floor
23

24

25

26

27

28
       STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE FOR
     DEFAULT MOTION, DISQUALIFICATION MOTION AND CASE MANAGEMENT
                      CONFERENCE AND HEARING DATE

1

**STIPULATION**

2          WHEREAS, Plaintiff currently must file its opposition to Defendant's motion to set aside

3   default by September 13, 2016, and Defendant must file a reply to any such opposition by September

4   22, 2016;

5          WHEREAS, Plaintiff currently must file any motion to disqualify Buether Joe & Carpenter,

6   LLC on or before September 16, 2016, Defendant must file any opposition by October 4, 2016, and

7   Plaintiff must file any reply by October 13, 2016;

8          WHEREAS, the parties currently must file a Joint Case Management Statement on October 20,

9   2016, and the Court has scheduled a Case Management Conference, hearing on the motion to set aside

10  default, and hearing on the motion to disqualify Buether Joe & Carpenter, LLC on October 27, 2016;

11         WHEREAS, based on the parties' stipulation, the Court previously modified the briefing

12  schedule for the motion to set aside default (ECF Nos. 49 and 52), the motion to disqualify (ECF Nos.

13  50 and 52), and the Joint Case Management Statement and hearing date (ECF Nos. 50 and 52);

14         WHEREAS, the parties are engaged in discussions that may make further briefing on the

15  default motion and motion to disqualify unnecessary or narrow the scope of the disputed issues;

16         WHEREAS, the parties wish to have some additional time to continue those discussions before

17  submitting any further briefing;

18         WHEREAS, the requested time modifications would not affect any other dates that have been

19  scheduled by the Court in this case;

20         THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the parties through their respective

21  attorneys stipulate as follows:

22         1.      Plaintiff shall file any opposition to Defendant's motion to set aside default by

23                 November 8, 2016;

24         2.      Defendant shall file any reply by November 17, 2016;

25         3.      Plaintiff shall file its motion to disqualify Buether Joe & Carpenter, LLC on or before

26                 November 11, 2016;

27

28

1

STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE FOR
DEFAULT MOTION, DISQUALIFICATION MOTION AND CASE MANAGEMENT
CONFERENCE AND HEARING DATE

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

4.      Defendant shall file any opposition to Plaintiff's motion to disqualify Buether Joe &

Carpenter, LLC on or before November 29, 2016;

5.      Plaintiff shall file any reply in support of Plaintiff's motion to disqualify Buether Joe &

Carpenter, LLC by December 8, 2016;

6.      The parties shall file a Joint Case Management Statement on December 15, 2016;

7.      The Case Management Conference, hearing on the motion to set aside, and hearing on

the motion to disqualify Buether Joe & Carpenter, LLC shall take place on December

22, 2016.


Dated:  September 12, 2016                    Respectfully submitted,

BOIES SCHILLER & FLEXNER LLP


By: */s/ D. Michael Underhill*
Beko O. Reblitz-Richardson (SBN 238027)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Fax: (510) 874-1460
Email: brichardson@bsfllp.com

D. Michael Underhill (admitted *pro hac vice*)
William C. Jackson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Fax: (202) 237-6131
Email: munderhill@bsfllp.com
Email: wjackson@bsfllp.com

David A. Barrett (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dbarrett@bsfllp.com

*Attorneys for Plaintiff Vedanti Systems Limited*

2

STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE FOR
DEFAULT MOTION, DISQUALIFICATION MOTION AND CASE MANAGEMENT
CONFERENCE AND HEARING DATE

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1  Dated:  September 12, 2016

By: */s/ Eric W. Buether*
Alfredo A. Bismonte (SBN 136154)
Jeremy M. Duggan (SBN 229854)
BECK, BISMONTE & FINLEY, LLP
150 Almaden Blvd, 10th Floor
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: abismonte@beckllp.com
Email: jduggan@beckllp.com

Brian A. Carpenter (SBN 262349)
Eric W. Buether (*pro hac vice*)
Chris Joe (*pro hac vice*)
BUETHER JOE & CARPENTER, LLC
1700 Pacific – Suite 4750
Dallas, TX 75201
Tel: (214) 466-1270
Fax: (214) 635-1842
Email: Brian.Carpenter@bjciplaw.com
Email: Eric.Buether@bjciplaw.com
Email: Chris.Joe@bjciplaw.com

*Attorneys for Defendant Max Sound Corporation*

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Eric Buether, attorney for Defendant.

By: */s/ D. Michael Underhill*
D. Michael Underhill (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Fax: (202) 237-6131
Email: munderhill@bsfllp.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  09/15/2016 _____

Hon. E~~dwa~~
United Sta~~tes~~

*(seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Edward M. Chen)*

3

STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE FOR
DEFAULT MOTION, DISQUALIFICATION MOTION AND CASE MANAGEMENT
CONFERENCE AND HEARING DATE