Alfredo A. Bismonte (Cal. Bar. No. 136154)
Jeremy M. Duggan (Cal. Bar. No. 229854)
BECK, BISMONTE & FINLEY, LLP
150 Almaden Blvd, 10th Floor
San Jose, CA 95113
Tel:   (408) 938-7900
Fax:   (408) 938-0790
Email: abismonte@beckllp.com
       jduggan@beckllp.com

Brian A. Carpenter (Cal. Bar No. 262349)
Eric W. Buether (Admitted *Pro Hac Vice*)
Chris Joe (Admitted *Pro Hac Vice*)
BUETHER JOE & CARPENTER, LLC
1700 Pacific – Suite 4750
Dallas, TX 75201
Tel:   (214) 466-1270
Fax:   (214) 635-1842
Email: Brian.Carpenter@bjciplaw.com
       Eric.Buether@bjciplaw.com
       Chris.Joe@bjciplaw.com

**ATTORNEYS FOR DEFENDANT MAX SOUND CORPORATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VEDANTI SYSTEMS LIMITED,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MAX SOUND CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 3:16-cv-02179-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO SET ASIDE DEFAULT**<br><br>**Date:** December 22, 2016<br>**Time:** 1:30pm<br>**Courtroom 5 – 17th Floor**<br>**Honorable Edward M. Chen** |

1  Plaintiff Vedanti Systems Limited ("Vedanti") and Defendant Max Sound Corporation
2  ("Max Sound") hereby submit this stipulation to extend the time for Max Sound to file its Reply in
3  Support of Motion to Set Aside Default to Monday, November 28, 2016.
4  WHEREAS, Max Sound and Vedanti have agreed to extend the time for Max Sound to file
5  its Reply in Support of Motion to Set Aside Default to Monday, November 28, 2016,
6  IT IS HEREBY STIPULATED by and between Max Sound and Vedanti that the date for
7  Max Sound to file its Reply in Support of Motion to Set Aside Default, currently November 17,
8  2016, will be continued to November 28, 2016.

Dated: November 17, 2016        */s/ Eric W. Buether*
                                Alfredo A. Bismonte (Cal. Bar. No. 136154)
                                Jeremy M. Duggan (Cal. Bar. No. 229854)
                                **BECK, BISMONTE & FINLEY, LLP**
                                150 Almaden Blvd, 10th Floor
                                San Jose, CA 95113
                                Tel:  (408) 938-7900
                                Fax:  (408) 938-0790
                                Email: abismonte@beckllp.com
                                       jduggan@beckllp.com

                                Brian A. Carpenter (Cal. Bar No. 262349)
                                Eric W. Buether (Admitted *Pro Hac Vice*)
                                Chris Joe (Admitted *Pro Hac Vice*)
                                **BUETHER JOE & CARPENTER, LLC**
                                1700 Pacific – Suite 4750
                                Dallas, TX 75201
                                Tel:  (214) 466-1270
                                Fax:  (214) 635-1842
                                Email: Brian.Carpenter@bjciplaw.com
                                       Eric.Buether@bjciplaw.com
                                       Chris.Joe@bjciplaw.com

                                **Attorneys for Defendant Max Sound Corporation**

### ATTESTATION

I hereby attest that all other signatories listed concur in the content and have authorized this filing.

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that Max Sound's Reply in Support of Motion to Set Aside Default is due on Monday, November 28, 2016.

Date: 11/21/16      By: _____
HON. EDWARD M. CHEN
United States District Judge

