Alfredo A. Bismonte (Cal. Bar. No. 136154)
Jeremy M. Duggan (Cal. Bar. No. 229854)
BECK, BISMONTE & FINLEY, LLP
150 Almaden Blvd, 10th Floor
San Jose, CA 95113
Tel:    (408) 938-7900
Fax:    (408) 938-0790
Email: abismonte@beckllp.com
            jduggan@beckllp.com

Brian A. Carpenter (Cal. Bar No. 262349)
Eric W. Buether (*pro hac vice*)
Chris Joe (*pro hac vice*)
BUETHER JOE & CARPENTER, LLC
1700 Pacific – Suite 4750
Dallas, TX 75201
Tel:    (214) 466-1270
Fax:    (214) 635-1842
Email: Brian.Carpenter@bjciplaw.com
            Eric.Buether@bjciplaw.com
            Chris.Joe@bjciplaw.com

**ATTORNEYS FOR DEFENDANT MAX SOUND CORPORATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VEDANTI SYSTEMS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MAX SOUND CORPORATION,<br><br>Defendant. | Case No. 3:16-cv-02179-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO SET ASIDE DEFAULT**<br><br>**Date: December 22, 2016<br>Time: 1:30 pm<br>Courtroom 5- 17th Floor<br>Hon. Edward M. Chen** |

In light of a settlement, and pursuant to Civil Local Rules 6-2 and 7-12, Defendant Max Sound Corporation ("Max Sound") and Plaintiff Vedanti Systems Limited ("Vedanti") hereby submit this stipulation to extend the time for Max Sound to file its Reply in Support of Max Sound's motion to set aside the Clerk's Entry of Default (Dkt 32). The current deadline for Max Sound to file such Reply (the "Reply") is November 28, 2016 and the motion is currently set for hearing on December 22, 2016.

WHEREAS, Max Sound and Vedanti have entered into a written settlement agreement, but additional actions have to be undertaken prior to dismissal of this case which the parties estimate should be completed within 10 days;

ACCORDINGLY, THE PARTIES HEREBY STIPULATE TO AND REQUEST the Court to extend the date for Max Sound to file its Reply currently November 28, 2016 to December 8, 2016.

Dated: November 28, 2016        BOIES SCHILLER & FLEXNER LLP

By: */s/ D. Michael Underhill*_____
Beko O. Reblitz-Richardson (SBN 238027)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Fax: (510) 874-1460
Email: brichardson@bsfllp.com

D. Michael Underhill (admitted *pro hac vice*)
William C. Jackson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Fax: (202) 237-6131
Email: munderhill@bsfllp.com
Email: wjackson@bsfllp.com

David A. Barrett (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dbarrett@bsfllp.com

*Attorneys for Plaintiff Vedanti Systems Limited*

Dated: November 28, 2016

By: */s/ Alfredo A. Bismonte*[1]
Alfredo A. Bismonte (SBN 136154)
Jeremy M. Duggan (SBN 229854)
BECK, BISMONTE & FINLEY, LLP
150 Almaden Blvd, 10th Floor
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: abismonte@beckllp.com
Email: jduggan@beckllp.com

Brian A. Carpenter (SBN 262349)
Eric W. Buether (*pro hac vice*)
Chris Joe (*pro hac vice*)
BUETHER JOE & CARPENTER, LLC
1700 Pacific – Suite 4750
Dallas, TX 75201
Tel: (214) 466-1270
Fax: (214) 635-1842
Email: Brian.Carpenter@bjciplaw.com
Email: Eric.Buether@bjciplaw.com
Email: Chris.Joe@bjciplaw.com

*Attorneys for Defendant Max Sound Corporation*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/29/2016

IT IS SO ORDERED
Judge Edward M. Chen

---

[1] As the efiler of this document, pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in filing this document was obtained from all signatories.