Alfredo A. Bismonte (Cal. Bar. No. 136154)
Jeremy M. Duggan (Cal. Bar. No. 229854)
BECK, BISMONTE & FINLEY, LLP
150 Almaden Blvd, 10th Floor
San Jose, CA 95113
Tel:   (408) 938-7900
Fax:   (408) 938-0790
Email: abismonte@beckllp.com
       jduggan@beckllp.com

Brian A. Carpenter (Cal. Bar No. 262349)
Eric W. Buether (Admitted *Pro Hac Vice*)
Chris Joe (Admitted *Pro Hac Vice*)
BUETHER JOE & CARPENTER, LLC
1700 Pacific – Suite 4750
Dallas, TX 75201
Tel:   (214) 466-1270
Fax:   (214) 635-1842
Email: Brian.Carpenter@bjciplaw.com
       Eric.Buether@bjciplaw.com
       Chris.Joe@bjciplaw.com

**ATTORNEYS FOR DEFENDANT MAX SOUND CORPORATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VEDANTI SYSTEMS LIMITED, | Case No. 3:16-cv-02179-EMC |
| Plaintiff, | Honorable Edward M. Chen |
| v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| MAX SOUND CORPORATION, | |
| Defendant. | |

1  WHEREAS, Plaintiff Vedanti Systems Ltd. ("Vedanti") filed this action against Defendant Max Sound Corporation ("Max Sound") seeking injunctive relief preventing Max Sound from pursuing claims in arbitration against Vedanti.

WHEREAS, the Parties have entered into a written settlement agreement, by which the Parties have settled and disposed of all claims and counterclaims that have or could have been asserted against each other relating to the subject matter of this action.

THEREFORE, PLAINTIFF AND DEFENDANT HEREBY STIPULATE, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41, to dismiss the above-captioned matter with prejudice.  This stipulation and dismissal completely terminates the above-entitled action against all parties.  Each party will bear its own attorneys' fees and costs.

Dated:  December 15, 2016           */s/ Alfredo A. Bismonte*
                                    Alfredo A. Bismonte (Cal. Bar. No. 136154)[1]
                                    Jeremy M. Duggan (Cal. Bar. No. 229854)
                                    **BECK, BISMONTE & FINLEY, LLP**
                                    150 Almaden Blvd, 10th Floor
                                    San Jose, CA 95113
                                    Tel:   (408) 938-7900
                                    Fax:   (408) 938-0790
                                    Email: abismonte@beckllp.com
                                           jduggan@beckllp.com

                                    Brian A. Carpenter (Cal. Bar No. 262349)
                                    Eric W. Buether (Admitted *Pro Hac Vice*)
                                    Chris Joe (Admitted *Pro Hac Vice*)
                                    **BUETHER JOE & CARPENTER, LLC**
                                    1700 Pacific – Suite 4750
                                    Dallas, TX 75201
                                    Tel:   (214) 466-1270
                                    Fax:   (214) 635-1842
                                    Email: Brian.Carpenter@bjciplaw.com
                                           Eric.Buether@bjciplaw.com
                                           Chris.Joe@bjciplaw.com

                                    **Attorneys for Defendant Max Sound Corporation**

---

[1] As the efiler of this document, pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in filing this document was obtained from all signatories.

1
STIPULATION AND PROPOSED ORDER OF DISMISSAL – CASE NO. 3:16-CV-02179-EMC

1  Dated:  December 15, 2016        */s/ D. Michael Underhill*
2                                                           Beko O. Reblitz-Richardson (SBN 238027)
                                                            BOIES, SCHILLER & FLEXNER LLP
3                                                           1999 Harrison St., Suite 900
                                                            Oakland, CA 94612
4                                                           Telephone: (510) 874-1000
                                                            Fax: (510) 874-1460
5                                                           Email: brichardson@bsfllp.com

6                                                           D. Michael Underhill (admitted *pro hac vice*)
                                                            William C. Jackson (admitted *pro hac vice*)
7                                                           BOIES, SCHILLER & FLEXNER LLP
                                                            5301 Wisconsin Ave. NW
8                                                           Washington, DC 20015
9                                                           Telephone: (202) 237-2727
                                                            Fax: (202) 237-6131
10                                                          Email: munderhill@bsfllp.com
                                                            Email: wjackson@bsfllp.com
11
12                                                          **Attorneys for Plaintiff Vedanti Systems Limited**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees. The Clerk of the Court is directed to vacate all hearings and close the case.

Date: 12/16/2106       By: _____
HON. EDWARD M. CHEN
United States District Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen